JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL SIDES,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOT TOPIC, INC., *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-09911-FLA (JCx)<br><br>**ORDER DISMISSING ACTION [DKT. 18]** |

1

On December 13, 2024, Plaintiff Krystal Sides ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Dkt. 18. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: December 16, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge